UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER #731077,

       Plaintiff,                              Case No.  2:16-CV-66

v.                                            HON. GORDON J. QUIST

FRED GOVERN, et al.,

       Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On June 27, 2017, following an evidentiary hearing, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court find that Plaintiff exhausted his available administrative remedies.  The R & R was duly served on the parties on June 27, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the R & R.

Therefore,

**IT IS HEREBY ORDERED** that the June 27, 2017, Report and Recommendation (ECF No. 52) is **ADOPTED** as the Opinion of the Court, and the Court finds that Plaintiff properly exhausted his administrative remedies.

Dated:  July 27, 2017                                                  /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE